UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MAPLETON AT COUNTRYSIDE CONDOMINIUM ASSOCIATION, INC., | )<br>)<br>)<br>) CAUSE NO. 1:18-cv-3574 |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TRAVELERS INDEMNITY COMPANY | )<br>)<br>) |
| Defendant. | ) |

## NOTICE OF REMOVAL

THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, The Travelers Indemnity Company ("Defendant"), by counsel, files this *Notice of Removal* to remove the above-captioned lawsuit to this Court. Defendant, appearing only to effect removal, and preserving all defenses, states:

### VENUE

1. On October 30, 2018, Plaintiff Mapleton at Countryside Condominium Association, Inc. ("Plaintiff") filed its *Complaint* against Defendant in the Superior Court of Hamilton County, Indiana, under cause number 29D01-1810-CT-010334 (the "State Court Action").

2. Removal of the State Court Action to the Southern District of Indiana, Indianapolis Division, is proper under 28 U.S.C. § 1441(a) because the Southern District of Indiana, Indianapolis Division, includes Hamilton County, which is where the State Court Action is pending.

**REMOVAL IS TIMELY**

3. Less than 30 days ago, on November 6, 2018, Defendant was served by certified mail with a Summons and Plaintiff's *Complaint* in the State Court Action.

4. There have been no other proceedings in the State Court Action.

5. Thus, Defendant's Notice of Removal is timely under 28 U.S.C. § 1446(b).

**DIVERSITY JURISDICTION EXISTS BETWEEN THE PROPER PARTIES**

6. Under 28 U.S.C. § 1332(a), this Court has original jurisdiction over the State Court Action because Plaintiff and Defendant are citizens of different states and the amount in controversy is over $75,000, exclusive of interest and costs.

7. Plaintiff is a citizen of Indiana because it is an Indiana non-profit corporation with its principal place of business in Indiana.

8. Defendant is a citizen of Connecticut because it is a Connecticut corporation with its principal place of business in Connecticut.

9. The State Court Action is a dispute over insurance coverage for property damage. In the State Court Action, Plaintiff alleges that it sustained covered losses in 2016 and 2017, but Defendant failed to fully indemnify the losses sustained in 2016 and 2017.  Plaintiff also alleges that Defendant breached the policy and the duty of good faith when Defendant "wrongly denied open an obvious covered damage", "failed to assist Plaintiff with the claims", failed to consider evidence, made an unfounded refusal to pay for open and obvious damage, and hired a biased

engineer. The amount in controversy, exclusive of interests and costs, is over $75,000. *See* Complaint, a copy of which is attached hereto as *Exhibit A*.

10. The State Court Action does not fall within any class of actions under which applicable rules, laws, or statutes limit or prohibit removal to this Court.

11. For these reasons, the State Court Action is properly removed to this Court under 28 U.S.C. §§ 1367, 1441, and 1446, because: (1) the State Court Action is a civil action between citizens of different states; (2) the amount in controversy in the State Court Action is over $75,000, exclusive of interest and costs; and (3) the State Court Action is a civil action pending within the jurisdiction of the Indianapolis Division of the United States District Court for the Southern District of Indiana.

## STATUTORY REQUIREMENTS

12. Under 28 U.S.C. § 1446(a), all pleadings and other related documents served or filed in the State Court Action as of the date of this Notice of Removal are attached as *Exhibit A* (the Complaint) and *Exhibit B* (the Summons and Appearances).

13. Under 28 U.S.C. § 1446(d), Defendant will file a copy of this Notice of Removal with the Superior Court of Hamilton County, Indiana, and Defendant will serve Plaintiff with both this Notice of Removal and the Notice of Filing Notice of Removal.

WHEREFORE, Defendant, The Travelers Indemnity Company, by counsel, gives notice of the removal of the above-captioned lawsuit, pending in the Superior Court of Hamilton County, Indiana, to the United States District Court for the Southern District of Indiana, Indianapolis Division.

                    **LEWIS WAGNER, LLP**

                    By: */s/ Eric C. McNamar*
                        ERIC C. MCNAMAR, #22467-49
                        KELLY HUANG EDDY, #29294-49
                        501 Indiana Avenue, Suite 200
                        Indianapolis, Indiana 46202
                        Telephone: 317-237-0500
                        Facsimile: 317-630-2790
                        emcnamar@lewiswagner.com
                        keddy@lewiswagner.com
                        *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on November 16, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| William D. Beyers<br>Attorney for Plaintiff<br>BUCHANAN AND BRUGGENSCHMIDT<br>80 East Cedar Street<br>Zionsville, IN  46077<br>bbeyers@bbinlaw.com | David E. Miller<br>SAEED & LITTLE, LLP<br>18 West Vermont Street<br>Indianapolis IN  46202<br>david@sllawfirm.com |

                    By: */s/ Eric C. McNamar*
                        ERIC C. MCNAMAR

LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202
Telephone: 317-237-0500
Facsimile: 317-630-2790
emcnamar@lewiswagner.com
keddy@lewiswagner.com