UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MAPLETON AT COUNTRYSIDE CONDOMINIUM ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 1:18-cv-03574-TWP-TAB |
| v. | ) ) ) | |
| TRAVELERS INDEMNITY COMPANY | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Mapleton at Countryside Condominium Association, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Entry Granting Defendant's Motion for Summary Judgement and related Final Judgment Pursuant to Fed. R. Civ. Pro. 58, entered in this action on the third day of August, 2020.

Respectfully submitted,

/s/ *David E. Miller*
David Miller #31855-32
Saeed & Little, LLP
133 West Market Street
Indianapolis, IN 46204
Telephone: (317) 371-5535
david@sllawfirm.com

William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.

Zionsville, Indiana  46077
Telephone:  (317) 873-8396
Facsimile:  (317) 873-2276
bbeyers@bbinlaw.com

Attorneys for Plaintiff

## **<u>FEDERAL CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 31, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

<u>/s/ *David E. Miller*          </u>
David Miller