# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MAPLETON AT COUNTRYSIDE CONDOMINIUM ASSOCIATION, INC., | )<br>)<br>) |
| Plaintiff, | )    No. 1:18-cv-03574-TWP-TAB |
| v. | )<br>)<br>) |
| TRAVELERS INDEMNITY COMPANY | )<br>) |
| Defendant. | ) |

## DOCKETING STATEMENT

(a) Appellant's Jurisdictional Statement

1. This case was removed to the District Court by Defendant; the District Court had jurisdiction to hear this case pursuant to diversity jurisdiction. The amount in controversy exceeds $75,000, exclusive of interest and costs. The parties are citizens of different states. Defendant Travelers Indemnity Company is a citizen of Connecticut. It is incorporated in the state of Connecticut and has its principal place of business in Connecticut. Mapleton at Countryside Condominium Association, Inc. is a citizen of the state of Indiana because it is incorporated in Indiana had has its principal place of business in Indiana.

2. This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

    i. The date of entry of the judgment sought to be reviewed is August 3, 2020.

    ii. There have been no motions for reconsideration or any other motions which would toll the time within which to appeal.

    iii. The filing date of this notice of appeal is <u>August 31, 2019.</u>

    iv. This is not a direct appeal from a decision of a magistrate judge.

 3. This is an appeal from a final judgment which adjudicates all of the claims with respect to all parties.

(b) Prior related appellate proceedings: NONE.

(c) Prior related litigation in the district court: NONE.

      Respectfully submitted,

      /s/ David Miller

      David Miller #31855-32
      Saeed & Little, LLP
      133 West Market Street
      Indianapolis, IN 46204
      Telephone: (317) 371-5535
      david@sllawfirm.com

      William D. Beyers, #28466-49
      BUCHANAN & BRUGGENSCHMIDT, P.C.
      80 E. Cedar St.
      Zionsville, Indiana 46077
      Telephone: (317) 873-8396
      Facsimile: (317) 873-2276
      bbeyers@bbinlaw.com

      Attorneys for Plaintiff

## **FEDERAL CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/ David Miller
David Miller