# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 20, 2020

To:
Roger A. G. Sharpe
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

| | |
|---|---|
| No. 20-2674 | MAPLETON AT COUNTRYSIDE CONDOMINIUM ASSOCIATION, INC., Plaintiff - Appellant<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-03574-TWP-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                F.R.A.P. 42(b)

STATUS OF THE RECORD:             no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**　　　　　　　　　　　　　　　　　　　**Received by:**

11/20/2020　　　　　　　　　　　　　　　　　／s／ Laura Townsend
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 20, 2020

*By the Court:*

| No. 20-2674 | MAPLETON AT COUNTRYSIDE CONDOMINIUM ASSOCIATION, INC., Plaintiff - Appellant<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY, Defendant - Appellee |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:18-cv-03574-TWP-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on November 20, 2020, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate (form ID: 137)